THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>ALEXIS M. MCQUEEN, )<br>  )<br>Defendant. )<br>  ) | No. CR24-038-RAJ<br><br>ORDER CONTINUING<br>TRIAL DATE AND<br>PRETRIAL MOTIONS<br>DEADLINE |

THE COURT has considered Defendant Alexis M. McQueen's unopposed motion to continue the trial date and extend the pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses;

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
(*United States v. McQueen*, CR24-038-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1      (d) the ends of justice will best be served by a continuance, and the ends of
2 justice outweigh the best interests of the public and the defendant in any speedier trial,
3 as set forth in 18 U.S.C. § 3161(h)(7)(A); and

4      (e) the time requested between the current trial date and the new trial date is
5 needed to provide counsel the reasonable time necessary to prepare for trial considering
6 counsel's schedule and all the facts set forth above.

7      IT IS ORDERED that the unopposed motion (Dkt. 68) is GRANTED.  The trial
8 date is continued to June 9, 2025.  All pretrial motions, including motions in limine,
9 shall be filed no later than April 28, 2025.

10      IT IS FURTHER ORDERED that the period of delay from the date of this order
11 to the new trial date of June 9, 2025, is excludable time pursuant to 18 U.S.C. §§
12 3161(h)(7)(A) and (h)(7)(B)(iv).

    DATED this 14th day of February, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE
(*United States v. McQueen*, CR24-038-RAJ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100