Judge Richard A. Jones

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:24-cr-00038-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| ALEXIS M. MCQUEEN, | ) | |
| Defendant. | ) | |

THE COURT has considered Defendant Alexis M. McQueen's unopposed motion to continue the trial date and extend the pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv);

(b) a failure to grant such a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(c) the additional time requested is a reasonable period of delay as the defendant has requested more time to investigate the matter, to gather evidence material to the defense, and to await a decision from the PATHWAY committee;

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

ORDER GRANTING MOTION TO CONTINUE TRIAL DATE AND EXTEND PRETRIAL MOTIONS DEADLINE - 1
(*United States v. McQueen*, 2:24-CR-00038-RAJ)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(e) the time requested between the current trial date and the new trial date is needed to provide counsel the reasonable time necessary to prepare for trial considering counsel's schedule and all the facts set forth above.

IT IS ORDERED that the motion (Dkt. 86) is GRANTED.  The trial date is continued to August 11, 2025.  All pretrial motions, including motions in limine, shall be filed no later than June 30, 2025.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of August 11, 2025, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 12th day of May, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND EXTEND PRETRIAL
MOTIONS DEADLINE - 2
(*United States v. McQueen*, 2:24-CR-00038-RAJ)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100